UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAYS INNS WORLDWIDE, INC., a Delaware Corporation, | **FINAL JUDGMENT BY DEFAULT** |
| Plaintiff, | Civ. No. 11-3219 (WHW) |
| v. | |
| MIMAR INVESTMENT CO., a Virginia Corporation; JAMES M. KOKOLIS, an individual; and PAULA KOKOLIS, an individual, | |
| Defendants. | |

**Walls, Senior District Judge**

This matter having been opened to the Court by plaintiff, Days Inns Worldwide, Inc., by its attorneys, Clyde & Co US LLP, seeking the entry of final judgment by default against defendants Mimar Investment Co., James M. Kokolis, and Paula Kokolis pursuant to Fed. R. Civ. P. 55(b)(2), for the reasons set forth in the accompanying Opinion, and good cause therefor,

IT IS on this 19th day of March, 2012,

ORDERED, ADJUGED, and DECREED that Days Inns Worldwide, Inc. have judgment against Mimar Investment Co., James M. Kokolis, and Paula Kokolis, jointly and severally, in the total amount of $115,516.13, comprised of the following:

a) $108,355.77 for recurring fees owed (principal plus prejudgment interest); and

b) $7,160.36 for attorneys' fees and costs.

**s/ William H. Walls**
United States Senior District Judge
